UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EUGENE WALTER GEORGE RANTANEN,

           **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

**(Assault by Strangulation)**

On or about May 21, 2014, in Baraga County, in the Northern Division of the Western District of Michigan, on lands held in trust by the United States for the use of the Keweenaw Bay Indian Community, the defendant,

**EUGENE WALTER GEORGE RANTANEN,**

an Indian, assaulted his intimate and dating partner, S.A.H., an Indian female, by attempting to strangle and by strangling her.

**18 U.S.C. § 113(a)(8)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1153**

                                              A TRUE BILL

                                              _____
                                              GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
HANNAH N. BOBEE
Assistant United States Attorney